SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

Liaison Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG M. ROSE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUTTERFLY NETWORK, INC. F/K/A LONGVIEW ACQUISITION CORP., et al.,<br><br>Defendants. | No. 2:22-cv-00854-JXN-JBC<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF EL PASO FIREMEN & POLICEMEN'S PENSION FUND'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>MOTION DAY:    May 16, 2022 |

4875-3581-5711.v1

I, Christopher A. Seeger, declare as follows:

1. I am a member in good standing of the bar of the State of New Jersey and of this Court. I am a member of Seeger Weiss LLP, liaison counsel for El Paso Firemen & Policemen's Pension Fund in the above-captioned securities class action. I submit this Declaration in support of El Paso Firemen & Policemen's Pension Fund's Reply Memorandum of Law in Further Support of Motion for Appointment as Lead Plaintiff.

2. Attached hereto as Exhibit A is a true and accurate copy of the Complaint for Violations of the Federal Securities Laws filed in P*otts v. Weight Watchers Int'l, Inc.*, No. 1:19-cv-02005-WHP (S.D.N.Y. March 4, 2019).

3. Attached hereto as Exhibit B is a true and accurate copy of the docket in *Jubelt v. Weight Watchers Int'l, Inc.*, No. 1:19-cv-02528-WHP (S.D.N.Y.) (retrieved May 9, 2022).

4. Attached hereto as Exhibit C is a true and accurate copy of the Reply Memorandum of Law in Further Support of the Motion of Casey McIntosh for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of

- 1 -

4875-3581-5711.v1

- 2 -

Lead Counsel filed in *Butala v. Owlet, Inc. f/k/a Sandbridge Acqusition Corp.*, No. 2:21-cv-09016-FLA-JEM (C.D. Cal. Mar. 4, 2022).

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 9, 2022.

s/ Christopher A. Seeger
_____
CHRISTOPHER A. SEEGER

- 2 -