# EXHIBIT B

# U.S. District Court Southern District of New York (Foley Square) CIVIL DOCKET FOR CASE #: 1:19-cv-02528-WHP-BCM

ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl

Jubelt v. Weight Watchers International, Inc. et al
Assigned to: Judge William H. Pauley, III
Referred to: Magistrate Judge Barbara C. Moses
Lead case: 1:19-cv-02005-WHP
Member case: (View Member Case)

Date Filed: 03/21/2019
Date Terminated: 07/21/2021
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

Related Cases:     1:19-cv-02005-WHP

1:19-cv-05539-WHP

Cause: 15:78j(b)ss Stockholder Suit

**Plaintiff**

**John Jubelt**
*Individually, and On Behalf of All Others Similarly Situated*

represented by

**Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)-661-1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)-661-1100
Fax: (212)-661-8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

| **David Luebbe** *TERMINATED: 05/09/2019* | represented by | **Kim Elaine Miller** Kahn Swick & Foti, LLC 250 Park Avenue Suite 2040 New York, NY 10177 212-696-3732 Fax: 504-455-1498 Email: kim.miller@ksfcounsel.com *TERMINATED: 05/09/2019* *LEAD ATTORNEY* |

**Movant**

| **Angelia Maria DaRosa** | represented by | **Richard William Gonnello** Faruqi & Faruqi, LLP 685 Third Avenue, 26th fl. New York, Ny 10017 (212)-983-9330 Fax: (212)-983-9331 Email: rgonnello@rgrdlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Movant**

| **Donald J. Lyle** | represented by | **Richard William Gonnello** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

2/9

| Weight Watchers International, Inc. | represented by | **Lynn Katherine Neuner**<br>Simpson Thacher & Bartlett LLP (NY)<br>425 Lexington Avenue<br>New York, NY 10017<br>2124552696<br>Fax: 2124552502<br>Email: lneuner@stblaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**George S Wang**<br>Simpson Thacher & Bartlett LLP (NY)<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2228<br>Fax: (212) 455-2502<br>Email: gwang@stblaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachel Sparks Bradley**<br>Simpson Thacher & Bartlett LLP (NY)<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 255-2421<br>Fax: (212) 455-2502<br>Email: rachel.sparksbradley@stblaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

## Defendant

| Mindy Grossman | represented by | **Lynn Katherine Neuner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**George S Wang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachel Sparks Bradley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

## Defendant

**Nicholas P. Hotchkin**                    represented by

**Lynn Katherine Neuner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George S Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Sparks Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Artal Group S.A.**                    represented by

**Lynn Katherine Neuner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George S Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Sparks Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2019 | 1 | COMPLAINT against Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC-16538484)Document filed by John Jubelt. (Attachments: # 1 Certification, # 2 Schedule A)(Lieberman, Jeremy) (Entered: 03/21/2019) |
| 03/21/2019 | 2 | CIVIL COVER SHEET filed. (Lieberman, Jeremy) (Entered: 03/21/2019) |
| 03/21/2019 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Weight Watchers International, Inc., Mindy Grossman, Nicholas P. Hotchkin and Artal Group S.A., re: 1 Complaint,. Document filed by John Jubelt. (Lieberman, Jeremy) (Entered: 03/21/2019) |
| 03/21/2019 | 4 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of John Jubelt. (Hood, Joseph) (Entered: 03/21/2019) |

4/9

| 03/21/2019 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by John Jubelt.(Hood, Joseph) (Entered: 03/21/2019) |
|---|---|---|
| 03/21/2019 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as related to Potts v. Weight Watchers International, Inc., et al., Case No. 19-CV-2005 (S.D.N.Y.). Document filed by John Jubelt.(Hood, Joseph) (Entered: 03/21/2019) |
| 03/22/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Unassigned. (pne) (Entered: 03/22/2019) |
| 03/22/2019 | | Case Designated ECF. (pne) (Entered: 03/22/2019) |
| 03/22/2019 | | CASE REFERRED TO Judge William H. Pauley as possibly related to 19CV2005. (pne) (Entered: 03/22/2019) |
| 03/22/2019 | 7 | ELECTRONIC SUMMONS ISSUED as to Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc.. (pne) (Entered: 03/22/2019) |
| 03/25/2019 | | CASE ACCEPTED AS RELATED. Create association to 1:19-cv-02005-WHP. Notice of Assignment to follow. (wb) (Entered: 03/25/2019) |
| 03/25/2019 | | NOTICE OF CASE REASSIGNMENT to Judge William H. Pauley, III. Judge Unassigned is no longer assigned to the case. (wb) (Entered: 03/25/2019) |
| 03/25/2019 | | Magistrate Judge Barbara C. Moses is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (wb) (Entered: 03/25/2019) |
| 04/09/2019 | 8 | NOTICE OF APPEARANCE by Lynn Katherine Neuner on behalf of Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc.. (Neuner, Lynn) (Entered: 04/09/2019) |
| 04/09/2019 | 9 | NOTICE OF APPEARANCE by George S Wang on behalf of Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc.. (Wang, George) (Entered: 04/09/2019) |
| 04/09/2019 | 10 | NOTICE OF APPEARANCE by Rachel Serenity Sparks Bradley on behalf of Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc.. (Sparks Bradley, Rachel) (Entered: 04/09/2019) |
| 04/09/2019 | 11 | PROPOSED STIPULATION AND ORDER. Document filed by Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc.. (Neuner, Lynn) (Entered: 04/09/2019) |

| 04/09/2019 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Weight Watchers International, Inc.. (Neuner, Lynn) (Entered: 04/09/2019) |
|---|---|---|
| 04/09/2019 | 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Artal Group S.A..(Neuner, Lynn) (Entered: 04/09/2019) |
| 04/10/2019 | 14 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows: 1. Counsel for Defendants accepts service of the Complaint on behalf of all Defendants, but each Defendant expressly reserves all rights, defenses, or other objections other than insufficient process or insufficient service of process. 2. Defendants shall not be required to answer or otherwise respond to the Complaint. 3. The Lead Plaintiff shall file and serve a consolidated amended complaint or designate a previously filed complaint as the operative complaint (the "Operative Complaint") no later than 45 days after an order appointing Lead Plaintiff is entered by the Court. 4. Defendants shall file and serve an answer or seek leave to file a motion to dismiss in accord with the Court's Individual Rules of Practice no later than 30 days after the Operative Complaint is served or designated. (Signed by Judge William H. Pauley, III on 4/10/2019) (jwh) (Entered: 04/11/2019) |
| 04/10/2019 | 15 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 6/25/2019 at 11:00 AM in Courtroom 20B, 500 Pearl Street, New York, NY 10007 before Judge William H. Pauley III. SO ORDERED. (Signed by Judge William H. Pauley, III on 4/10/2019) (jca) Modified on 4/11/2019 (jca). (Entered: 04/11/2019) |
| 05/03/2019 | 16 | MOTION to Consolidate Cases 1:19-cv-02005, 1:19-cv-02528 ., MOTION to Appoint David Luebbe to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by David Luebbe.(Miller, Kim) (Entered: 05/03/2019) |
| 05/03/2019 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION to Consolidate Cases 1:19-cv-02005, 1:19-cv-02528 . MOTION to Appoint David Luebbe to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by David Luebbe. (Miller, Kim) (Entered: 05/03/2019) |
| 05/03/2019 | 18 | DECLARATION of Kim E. Miller in Support re: 16 MOTION to Consolidate Cases 1:19-cv-02005, 1:19-cv-02528 . MOTION to Appoint David Luebbe to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by David Luebbe. (Attachments: # 1 Exhibit A - Certification, # 2 Exhibit B - Loss Chart, # 3 Exhibit C - Notice, # 4 Exhibit D - KSF Resume)(Miller, Kim) (Entered: 05/03/2019) |
| 05/03/2019 | 19 | PROPOSED ORDER. Document filed by David Luebbe. Related Document Number: 16 . (Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/03/2019) |

| | | |
|---|---|---|
| 05/03/2019 | 20 | MOTION to Consolidate Cases 1:19-cv-02005-WHP; 1:19-cv-02528-WHP ., MOTION to Appoint ANGELIA MARIA DAROSA and DONALD J. LYLE to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Angelia Maria DaRosa, Donald J. Lyle.(Gonnello, Richard) (Entered: 05/03/2019) |
| 05/03/2019 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Consolidate Cases 1:19-cv-02005-WHP; 1:19-cv-02528-WHP . MOTION to Appoint ANGELIA MARIA DAROSA and DONALD J. LYLE to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Angelia Maria DaRosa, Donald J. Lyle. (Gonnello, Richard) (Entered: 05/03/2019) |
| 05/03/2019 | 22 | DECLARATION of Richard W. Gonnello in Support re: 20 MOTION to Consolidate Cases 1:19-cv-02005-WHP; 1:19-cv-02528-WHP . MOTION to Appoint ANGELIA MARIA DAROSA and DONALD J. LYLE to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Angelia Maria DaRosa, Donald J. Lyle. (Attachments: # 1 Exhibit 1 - PSLRA Notice, # 2 Exhibit 2 - PSLRA Certifications, # 3 Exhibit 3 - Loss Chart, # 4 Exhibit 4 - Firm Resume) (Gonnello, Richard) (Entered: 05/03/2019) |
| 05/03/2019 | 23 | PROPOSED ORDER. Document filed by Angelia Maria DaRosa, Donald J. Lyle. Related Document Number: 20 . (Gonnello, Richard) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/03/2019) |
| 05/06/2019 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 23 Proposed Order 19 Proposed Order was reviewed and approved as to form. (km)** (Entered: 05/06/2019) |
| 05/06/2019 | 24 | MOTION to Withdraw 16 MOTION to Consolidate Cases 1:19-cv-02005, 1:19-cv-02528 . MOTION to Appoint David Luebbe to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by David Luebbe.(Miller, Kim) (Entered: 05/06/2019) |
| 05/09/2019 | 25 | ORDER granting 24 Motion to Withdraw; withdrawing 16 Motion to Consolidate Cases; withdrawing 16 Motion to Appoint; withdrawing 16 Motion to Appoint Counsel: Movant David Luebbe's motion to withdraw his motion to consolidate, appoint lead plaintiff, and approve class counsel (ECF No. 16) is granted. The Clerk of Court is directed to terminate Movant David Luebbe from the docket, and to terminate Kim Elaine Miller's appearance from the docket. The Clerk of Court is further directed to terminate the motions pending at ECF Nos. 16 and 24. (Signed by Judge William H. Pauley, III on 5/9/2019) (jwh) Modified on 5/10/2019 (jwh). (Entered: 05/10/2019) |
| 05/13/2019 | 26 | NOTICE of Non-Opposition to Competing Lead Plaintiff Motions. Document filed by Angelia Maria DaRosa, Donald J. Lyle. (Gonnello, Richard) (Entered: 05/13/2019) |

| 06/10/2019 | 27 | LETTER MOTION to Adjourn Conference addressed to Judge William H. Pauley, III from Lynn K. Neuner and George S. Wang dated June 10, 2019. Document filed by Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc..(Neuner, Lynn) (Entered: 06/10/2019) |
|---|---|---|
| 06/12/2019 |  | CONSOLIDATED MEMBER CASE: Create association to 1:19-cv-02005-WHP. (cf) (Entered: 06/12/2019) |
| 06/12/2019 | 28 | JOINT STIPULATION AND ORDER CONSOLIDATING RELATED CASES; APPOINTING CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, EQUITY-LEAGUE PENSION TRUST FUND, AND OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM AS CO-LEAD PLAINTIFFS; AND APPROVING THEIR SELECTION OF CO-LEAD COUNSEL: IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows: 1. The above-captioned actions are consolidated; 2. The motions for appointment as lead plaintiff submitted by Omaha P+F and the Weight Watchers Investor Group (ECF Nos. 33, 35) are granted; 3. Pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), Omaha P+F, Equity League, and OFP are appointed as Co-Lead Plaintiffs; 4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Scott+Scott and G&E are appointed as Co-Lead Counsel; 5. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Action are consolidated for all purposes; and 6. The Action shall be captioned " In re Weight Watchers International, Inc. Securities Litigation" and the file shall be maintained under Master File No. 1:19-cv-02005-WHP. (As further set forth in this Order.) Motions terminated: (33 in 1:19-cv-02005-WHP, 33 in 1:19-cv-02005-WHP, 33 in 1:19-cv-02005-WHP) MOTION to Consolidate Cases 1:19-cv-2528 . MOTION to Appoint Equity-League Pension Trust Fund & Oklahoma Firefighters Pension and Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Grant & Eisenhofer P.A.*. filed by Oklahoma Firefighters Pension and Retirement System, Equity-League Pension Trust Fund, (35 in 1:19-cv-02005-WHP, 35 in 1:19-cv-02005-WHP, 35 in 1:19-cv-02005-WHP) MOTION to Consolidate Cases 1:19-cv-02005 & 1:19-cv-02528 . MOTION to Appoint City of Omaha Police and Fire Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Scott+Scott Attorneys at Law LLP*. MOTION to Appoint Counsel *Scott+Scott Attorneys at Law LLP*. filed by City of Omaha Police and Fire Retirement System. (Signed by Judge William H. Pauley, III on 6/12/2019) Filed In Associated Cases: 1:19-cv-02005-WHP, 1:19-cv-02528-WHP(cf) (Entered: 06/12/2019) |

| 06/13/2019 | 29 | ORDER denying (62) LETTER MOTION to Adjourn Conference addressed to Judge William H. Pauley, III from Lynn K. Neuner and George S. Wang dated June 10, 2019. Document filed by Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc. in case 1:19-cv-02005-WHP; denying 27 LETTER MOTION to Adjourn Conference addressed to Judge William H. Pauley, III from Lynn K. Neuner and George S. Wang dated June 10, 2019. Document filed by Artal Group S.A., Mindy Grossman, Nicholas P. Hotchkin, Weight Watchers International, Inc. in case 1:19-cv-02528-WHP. So ordered. Application denied. In view of the fact that this Court appointed lead plaintiffs and lead counsel, the initial pre-trial conference will go forward as scheduled. (Signed by Judge William H. Pauley, III on 6/13/2019) Filed In Associated Cases: 1:19-cv-02005 WHP, 1:19-cv-02528-WHP. (rjm) Modified on 6/13/2019 (rjm). (Entered: 06/13/2019) |
|---|---|---|
| 06/25/2019 | | Minute Entry for proceedings held before Judge William H. Pauley, III: Initial Pretrial Conference held on 6/25/2019. Associated Cases: 1:19-cv-02005-WHP, 1:19-cv-02528-WHP (Entered: 07/02/2019) |
| 09/20/2019 | | Minute Entry for proceedings held before Judge William H. Pauley, III: Pre-Motion Conference held on 9/20/2019. Associated Cases: 1:19-cv-02005-WHP, 1:19-cv-02528-WHP (Entered: 10/01/2019) |
| 07/13/2021 | 30 | DIRECTION TO THE BAR AND INTERIM ORDER OF REFERENCE: IT IS HEREBY ORDERED THAT, pending the reassignment of Judge Pauley's civil cases, all appearances that were scheduled before Judge Pauley are adjourned. Urgent matters should be taken either to the Magistrate Judge to whom the case has been referred or to the District Judge sitting in Part I. In cases in which Judge Pauley did not sign an order of reference, this order operates as an interim order of reference to the Magistrate Judge for general pre-trial supervision. Routine case management requests (such as, for extension of time) should be directed to the Magistrate Judge, not to the Part I Judge. (Signed by Judge Laura Taylor Swain on 7/13/2021) (nb) (Entered: 07/14/2021) |