**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Carl Metzger and Proposed*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG M. ROSE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BUTTERFLY NETWORK, INC. F/K/A LONGVIEW ACQUISITION CORP., TODD M. FRUCHTERMAN, STEPHANIE FIELDING, JONATHAN M. ROTHBERG, JOHN RODIN, LARRY ROBBINS, MARK HOROWITZ, WESTLEY MOORE, DEREK CRIBBS, and RANDY SIMPSON,<br><br>Defendants. | Case No. 2:22-cv-00854-JXN-JBC<br><br>**DECLARATION OF CARL METZGER**<br><br>**MOTION DATE: May 16, 2022** |

I, Carl Metzger, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I currently reside in Concord Township, Ohio. I possess a bachelor's degree in Accounting and Finance from Ohio State University, and an MBA from John Carroll University. I am currently retired, but prior to retirement I worked for Progressive Insurance for 35 years in claims management. I have been investing in securities for more than 25 years. I have experience hiring and overseeing attorneys related to a contracts dispute on a real estate purchase.

3. I purchased stock in Butterfly Network, Inc. ("Butterfly" or the "Company") f/k/a Longview Acquisition Corp. ("Longview") beginning on or around January 8, 2021. I held stock in Butterfly as of January 15, 2021, which was the record date for the special meeting of shareholders held on February 12, 2021 to consider approval of the merger between Longview and Butterfly. As such, I was entitled to vote on the merger and therefore have standing to pursue the Section 14(a) claim being asserted in the above-captioned action.

4. I understand that I am not seeking to be appointed as the lead plaintiff in this action, but instead volunteering to serve as an additional named plaintiff to aid in the prosecution of this lawsuit. To that end, I will work with counsel and the court-appointed lead plaintiff to serve as a representative class member and maximize any potential recovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2022.

Signed:

Name: Carl Metzger