# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
 MATTHEW J. CERES
 MARC D. MORY

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
ZACHARY A. JACOBS***
WILLIAM H. WILLIAMS, X
MICHAEL K. BELOSTOCK
BRIAN F. O'TOOLE**
SEAN M. KILEY

June 23, 2022

By ECF
The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
Courtroom: MLK 5D

Re:     *Rose V. Butterfly Network, Inc.*, 2:22-cv-00854-JXN-JBC

Dear Judge Neals:

We, together with our co-counsel, represent Lead Plaintiff Movant Brian E. Bennett ("Bennett").  We respectfully submit as supplemental authority the opinion from the United States District Court for the Southern District of New York, *Baron v. Talkspace, Inc.*, No. 22-cv-163, 2022 WL 1912255 (S.D.N.Y. June 3, 2022), attached as Exhibit A, in support of Bennett's motion for appointment as lead plaintiff and approval of lead counsel (Dkt. No. 18, the "Lead Motion"). The *Talkspace* decision was published weeks after briefing on Bennett's Lead Motion was completed and provides additional support for Bennett's motion. Accordingly, Bennett respectfully requests that the Court consider this supplemental authority in support of his Lead Motion.

In *Talkspace*, even though there was a movant with standing to assert claims under both Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Section 14(a) of the Exchange Act, the court denied their motion and appointed as co-lead plaintiffs two separate movants that had the largest financial interest under each claim respectively. *See Talkspace,* 2022 WL 1912255, at *4-*8. Here, Bennett is the only remaining movant with standing to pursue the Section 14(a) claims and has the largest (and only) financial interest for that claim. *See* Dkt. No. 30 (Bennett's reply memorandum in support of his Lead Motion).  For these reasons and consistent with *Talkspace*, the Court should appoint Bennett lead plaintiff for the Section 14(a) claims.

1

June 23, 2022
Page 2

Thank you for Your Honor's attention to this matter and consideration of this request.

Respectfully submitted,

*/s/ Donald A. Ecklund*
Donald A. Ecklund

cc:  Counsel of Record

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION