**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRAIG M. ROSE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BUTTERFLY NETWORK, INC. F/K/A LONGVIEW ACQUISITION CORP., TODD M. FRUCHTERMAN, STEPHANIE FIELDING, JONATHAN M. ROTHBERG, JOHN RODIN, LARRY ROBBINS, MARK HOROWITZ, WESTLEY MOORE, DEREK CRIBBS, and RANDY SIMPSON,<br><br>Defendants. | Case No. 22-cv-00854-EP-JBC<br><br>Hon. Evelyn Padin |

**[PROPOSED] ORDER**

WHEREAS, Defendants moved this Court to dismiss the Second Amended Class Action Complaint (ECF No. 68) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 (the "Motion");

WHEREAS, the Court, having considered the Motion, the supporting and opposing papers, the pleadings in this action, and the relief requested therein;

IT IS HEREBY ORDERED this ____ day of _____, 2023, that Defendants' Motion is GRANTED and the Second Amended Class Action Complaint is DISMISSED WITH PREJUDICE.

_____
Honorable Evelyn Padin
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.2(14)(b)(1), I hereby certify that, on April 24, 2023, the foregoing [Proposed] Order was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System, which constitutes service on all parties under Local Civil Rule 5.2.

Dated:  April 24, 2023

*/s/* Seth R. Goldman

Seth R. Goldman
