**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRAIG M. ROSE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BUTTERFLY NETWORK, INC. F/K/A LONGVIEW ACQUISITION CORP., TODD M. FRUCHTERMAN, STEPHANIE FIELDING, JONATHAN M. ROTHBERG, JOHN RODIN, LARRY ROBBINS, MARK HOROWITZ, WESTLEY MOORE, DEREK CRIBBS, and RANDY SIMPSON, <br><br> Defendants. | Case No. 2:22-CV-00854-EP-JBC |

**DECLARATION OF JOHN F. SYLVIA
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE SECOND AMENDED CLASS ACTION COMPLAINT**

I, John F. Sylvia, make the following statements under penalty of perjury:

1.      I am competent to testify and make this declaration. Matters stated herein are based on my personal knowledge and review of the pleadings and documents referenced herein.

2.      I am a member of the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo PC, which is counsel for Butterfly Network, Inc. F/K/A Longview Acquisition Corp. ("Butterfly"), Todd M. Fruchterman, Jonathan M. Rothberg, John Rodin, Larry Robbins, Mark Horowitz, Westley Moore, Derek Cribbs, and Randy Simpson. I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (the "Complaint").

3.      Attached as Exhibit A is a true and correct copy of Butterfly's Form S-1 filed with the SEC on May 1, 2020, which is referenced in the Complaint.

4.     Attached as Exhibit B is a true and correct copy of Butterfly's Form S-4 filed with the SEC on November 27, 2020, which is referenced in the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 24, 2023.

/s/ John F. Sylvia
John F. Sylvia

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Civil Rule 5.2(14)(b)(1), I hereby certify that, on April 24, 2023, the foregoing Declaration of John F. Sylvia was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System, which constitutes service on all parties under Local Civil Rule 5.2.

Dated:  April 24, 2023

*/s/* Seth R. Goldman
Seth R. Goldman