# Exhibit 1

| | Alleged Misrepresentation [1] | Reasons Why False | Scienter Facts [2] |
|---|---|---|---|
| | | **THE SOFTWARE MISREPRESENTATIONS** | |
| 1 | "Powered by Butterfly's proprietary Ultrasound-on-Chip™ technology, **Butterfly's solution addresses the needs of point of care imaging with a unique combination of software and hardware technology**…Butterfly's Ultrasound-on-Chip™ reduces the cost of manufacturing, while **Butterfly's software is** intended to make the product easy to use and **fully integrated with the clinical workflow**, accessible on a user's smartphone, tablet, and almost any hospital computer system connected to the Internet." ¶209.<br><br>Jan. 26, 2021 Form S-4/A at 24.<br><br>Substantially identical statements were published again in the Jan. 26, 2021 Form S-4/A on pages 17-18, 24, 99, 179, and 183 (¶210). | Butterfly's software was unable to address the needs of point of care imaging or fully integrate with clinical workflows because (¶211):<br>• CW2 stated the probes were still in a proof-of-concept phase. ¶80.<br>• CW2 stated that throughout CW2's employment, storage of the ultrasound images generated during an exam or procedure necessary in the clinical workflow was limited to cloud storage and did not include enterprises' on-premises storage solutions, causing concerns about HIPAA violations with patient data. ¶158.<br>• CW3 stated the probes had many undeveloped and missing functionalities and features, including tutorials on how to even use the probes for applications, such as lung and pregnancy scans and lacked sufficient security protections. ¶107.<br>• CW4 explained that Butterfly's platform lacked integration with Electronic Healthcare Records, lacked the ability to create reports, could not perform "QR" scoring, and could not meet various "workflow" requirements of enterprise customers. ¶109.<br>• CW4 stated that Butterfly only began to develop its software to integrate with enterprise workflows after the IPO because the Company did not have sufficient funds. ¶160.<br>• Defendant Fruchterman admitted in the November 2021 Earnings Call that Butterfly had experienced "implementation barriers" that were preventing use of the probes and it was not until November 2021 that Butterfly was having "discussions with large institutions to **kick-start** enterprise level implementations." ¶¶116-18. | • Defendants admitted regarding the probe technology that at the IPO and throughout the Class Period "we were not where we needed to be" and the technology was "lagging." ¶203.<br>• CW3 stated it was widely known throughout Butterfly that the 2021 IPO Forecasts were a "pie in the sky" and unachievable because enterprise customers were unwilling to use the probes due to a lack of functionality. ¶140.<br>• CW4 participated in Friday weekly sales meetings wherein CW4 discussed with the Chief Revenue Officer, Jan Grimm, "every detail to the nth degree" for all pipeline deals, which Grimm then reported to Defendants. Such "nth degree" detail would have included the reasons enterprise customers would not purchase Butterfly probes. ¶313.<br>• Butterfly's probes were its "core" business. ¶¶323-25.<br>• Defendants provided due diligence to Longview concerning "the ability of Butterfly to sell into large enterprises and the associated integration challenges," customer feedback on Butterfly's products and its ability to demonstrate the value of the technology. ¶¶327-28. |

[1] Alleged false statements are bolded and underlined. The remaining text is provided for context.
[2] Scienter facts are applicable only to Plaintiff's Section 10(b) Claims.

1

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | • Butterfly announced its first enterprise customer in January 2022. ¶200.<br>• Defendant Fruchterman admitted in November 2022 that *"we were not where we needed to be in order to realize the full value of our technology and the impact to healthcare….We have spent the last year investing heavily in the development of our software solutions* Blueprint and Compass….As a result, *we have gone from software that was objectively lagging to software that is now highly valued…."* ¶203.<br>• Defendants admit in their Motion that, contrary to this statement, the probe technology was not fully integrated and "ease of use and full integration were goals for *the future*—things that Butterfly 'intended' to achieve." DB at 7.<br>• Defendants admit in their Motion that, contrary to this statement, "the software was an *unfinished* product" and "a work in progress." DB at 10. | |
| 2 | "With its interoperability, image transfer / storage, and mobility / remote-monitoring capabilities, **our solution can integrate seamlessly into large health care systems, simplifying the enterprise workflow for scanning and increasing the effectiveness of the imaging ecosystem within the enterprise**. This has helped us to build extensive relationships and with sales to or agreements with most of the top 100 U.S. healthcare systems, leading to many of our large volume enterprise (direct) sales." ¶212.<br><br>Jan. 26, 2021 Form S-4/A at 189. | Butterfly's software was unable to "integrate seamlessly into large health care systems," did not simplify the enterprise workflow, and could not increase the effectiveness of the imaging ecosystem within an enterprise. *See* Statement No. 1, above. In addition (¶213):<br>• Butterfly repeated the false statement in its Mar. 29, 2021 Form 10-K, but removed the false claim that the probe can "integrate seamlessly into large health care systems," thereby conceding their prior statements in the Form S-4/A were false. ¶213(8).<br>• Defendants concede in their Motion that, contrary to this statement, the software was not "where they *needed* to be to reach the goal of increased enterprise sales" and confirm that "an infusion of capital" was required to "enable[] it to continue to pursue these goals." DB at 9. | *See* Statement No. 1, above. In addition:<br>• Defendants' removal of the language in the March 29, 2021 Form 10-K that Defendants Fruchterman and Fielding signed. That the probe "can integrate seamlessly into large health care systems" demonstrates their knowledge of the status of Butterfly's technology and that the prior statements in the Form S-4/A were false. ¶¶ 270, 272. |

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | • Defendants admit in their Motion "the company still had a 'chasm' to cross to achieve its strategic goal of marketing to enterprise clients." DB at 19. | |
| 3 | "We continue to enhance our software to further integrate our solution with health systems to simplify workflow and governance of their imaging ecosystem. **Our unique ability to connect and govern traditional third party ultrasound systems gives enterprise customers a solution to the governance and workflow challenges that have limited the utilization and billing of point of care imaging devices**." ¶214.<br><br>Jan. 26, 2021 Form S-4/A at 189. | Butterfly's software did not give enterprise customers a solution to governance and workflow challenges that had been limiting the use of point of care imaging devices (¶215). *See* Statement No. 1, above. | *See* Statement No. 1, above. |
| 4 | "**Enterprise customers deploying Butterfly's solution benefit from a streamlined clinical workflow that reduces the exam documentation burden typically associated with traditional ultrasound systems and connects directly with customers' electronic medical records ("EMRs")**." ¶216.<br><br>Jan. 26, 2021 Form S-4/A at 189. | Butterfly's software did not streamline the clinical workflows of enterprise customers and did not reduce the documentation burden associated with traditional ultrasound systems. *See* Statement No. 1, above. In addition (¶217):<br>• Butterfly repeated the false statement in its Mar. 29, 2021 Form 10-K, but removed the false claim that Butterfly's software "connects directly with customers' electronic medical records." ¶217(8). | *See* Statement No. 1, above. In addition:<br>• Defendants' removal of the language in the March 29, 2021 Form 10-K that Defendants Fruchterman and Fielding signed. That Butterfly's software "connects directly with customers' electronic medical records" demonstrates their knowledge of the status of Butterfly's technology and that the prior statements in the Form S-4/A were false. ¶¶275-76. |
| 5 | "**By adopting Butterfly Enterprise software, customers can responsibly manage and drive maximum value from their fleets of point of care imaging devices**." ¶218.<br><br>Jan. 26, 2021 Form S-4/A at 189. | Butterfly's software was incapable of managing fleets of point of care imaging devices for enterprise customers and could not drive maximum value from those devices (¶219). *See* Statement No. 1, above. | *See* Statement No. 1, above. |

3

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 6 | "**Products & Services**<br><br>**Butterfly provides a complete solution to address an unmet need in point-of-care medical imaging through a unique combination of hardware and software services**. Our hardware is powered by the first and only currently available ultrasound on a semiconductor chip. **Our software addresses the traditional ease-of-use challenges and the complex clinical workflow throughout a patient's care pre-and post-examination. Our integrated system with EMRs** provides healthcare practitioners with a tool that enables fast and confident clinical decision-making." ¶220.<br><br>Jan. 26, 2021 Form S-4/A at 192. | Butterfly's software was far from a "complete solution" to the unmet needs and challenges of the complex clinical workflows associated with point of care imaging, did not address ease-of-use issues, and was not integrated with EMRs (¶221). *See* Statement No. 1, above. | *See* Statement No. 1, above. |
| 7 | An image in the Form S-4/A, under the heading **Business of New Butterfly** and the subheading **Products & Services**, contained the following text:<br><br>"Open Imaging Ecosystem: Devices, Content, SAAS<br><br>**Software Services**<br>    Image Storage (PACS) &<br>    Collaboration<br>    **Enterprise Workflow & Analytics**<br>    Telemedicine<br>    Educational Community" ¶222.<br><br>Jan. 26, 2021 Form S-4/A at 195. | Butterfly's software did not have the capabilities asserted in those statements, particularly regarding "Enterprise Workflow & Analytics," and Butterfly's software was not valued by enterprise customers (¶223). *See* Statement No. 1, above. | *See* Statement No. 1, above. |

4

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 8 | "In addition to social impact, we believe our solution will also have significant clinical impact. **Through our software solution, empowered by AI, users can upload scanned images to our HIPAA compliant cloud, which has unlimited storage, links to hospital and office systems, and can be accessed from a desktop computer. This allows practitioners to access and transfer their scanned images in a seamless and secure way, leading to additional opportunities for observation** and therefore, we believe, earlier diagnosis and treatment. Furthermore, our solution delivers billing codes directly in the user interface application following scanning, both enhancing practitioner compliance adherence and increasing revenue in fee-for-scan environments." ¶224.<br><br>Jan. 26, 2021 Form S-4/A at 188-89.<br><br>"**Through our software subscription options, users can upload scanned images to our HIPAA-compliant cloud, which has unlimited storage and links to hospital and office systems, allowing for seamless transfer of images that can also be accessed from a desktop computer**. As telemedicine continues to make headway through our healthcare system, our software application features TeleGuidance, which is the world's first | Butterfly's software could not link to hospital and office systems and did not allow for a seamless and secure transfer of images (¶226). *See* Statement No. 1, above. | *See* Statement No. 1, above. |

5

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | integrated ultrasound telemedicine platform." ¶225.<br><br>Jan. 26, 2021 Form S-4/A at 195. | | |
| 9 | "We are an innovative digital health business with a mission of democratizing healthcare by making medical imaging accessible to everyone around the world. Powered by our proprietary Ultrasound-on-Chip™ technology, **our solution addresses the needs of point of care imaging with a unique combination of software and hardware technology**. Butterfly iQ, followed by our recently launched Butterfly iQ+, is our first product powered by Butterfly's Ultrasound-on-Chip™, and is the only ultrasound transducer that can perform "whole-body imaging" in a single handheld probe using semiconductor technology. Our Ultrasound-on-Chip™ reduces the cost of manufacturing, while **our software is […] fully integrated with the clinical workflow**, accessible on a user's smartphone, tablet, and almost any hospital computer system connected to the Internet. Through our portable proprietary, handheld solution, protected by a robust intellectual property portfolio and empowered in part by its proprietary software and Artificial Intelligence ("AI"), Butterfly aims to enable earlier detection throughout the body and remote | Butterfly's software was unable to address the needs of point of care imaging and was not able to fully integrate with clinical workflows (¶272). *See* Statement No. 1, above. | *See* Statement No. 1, above. |

6

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | management of health conditions around the world." ¶270.<br><br>Mar. 29, 2021 Form 10-K at 7.<br><br>Substantially identical statements published again in the Mar. 29, 2021 Form 10-K at 69. ¶271. | | |
| 10 | "We are working towards increasingly integrated solutions to maximize our value to large healthcare customers, as well as continuing to improve our sales and support infrastructure. **Our ability to connect and govern traditional third party ultrasound systems gives enterprise customers a solution to the governance and workflow challenges that have limited the utilization and billing of point of care imaging devices.**" ¶273.<br><br>Mar. 29, 2021 Form 10-K at 12. | Butterfly's software did not give enterprise customers a solution to governance and workflow challenges that had been limiting the use of point of care imaging devices (¶274). *See* Statement No. 1, above. | *See* Statement No. 1, above. |
| 11 | "**Enterprise customers deploying our solution can benefit from a streamlined clinical workflow that reduces the exam documentation burden typically associated with traditional ultrasound systems.**" ¶275.<br><br>Mar. 29, 2021 Form 10-K at 12. | Butterfly's software did not streamline the clinical workflows of enterprise customers and did not reduce the documentation burden associated with traditional ultrasound systems (¶276). *See* Statement No. 1, above. | *See* Statement No. 1, above. |
| 12 | "**By adopting Butterfly Enterprise software, customers can responsibly manage and optimize value from their fleets of point of care imaging devices.**" ¶277. | Butterfly's software was incapable of managing fleets of point of care imaging devices for enterprise customers and could not optimize value from those devices (¶278). *See* Statement No. 1, above. | *See* Statement No. 1, above. |

7

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | Mar. 29, 2021 Form 10-K at 12. | | |
| 13 | "**Products & Services**<br><br>**We provide a complete solution to address an unmet need in point-of-care medical imaging through a unique combination of hardware and software services.** Our hardware is powered by the first and only currently available ultrasound on a semiconductor chip. **Our software addresses the traditional ease-of-use challenges and the complex clinical workflow throughout a patient's care pre-and post-examination.**" ¶279.<br><br>Mar. 29, 2021 Form 10-K at 14. | Butterfly's software was far from a "complete solution" to the unmet needs and challenges of the complex clinical workflows associated with point of care imaging, did not address ease-of-use issues, and was not integrated with EMRs (¶280). *See* Statement No. 1, above. | *See* Statement No. 1, above. |
| 14 | An image in the March 29, 2021 Form 10-K under the heading **BUSINESS** and the subheading **Products and Services**, contained the following text:<br><br>"Open Imaging Ecosystem: Devices, Content, SAAS<br><br>**Software Services**<br>    Image Storage (PACS) &<br>    Collaboration<br>    **Enterprise Workflow & Analytics**<br>    Telemedicine<br>    Educational Community" ¶281.<br><br>Mar. 29, 2021 Form 10-K at 17. | Butterfly's software did not have the capabilities asserted in those statements, particularly regarding "Enterprise Workflow & Analytics," and Butterfly's software was not valued by enterprise customers (¶282). *See* Statement No. 1, above. | *See* Statement No. 1, above. |

8

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 15 | "In addition to social impact, we believe our solution will also have significant clinical impact. **Through our software solution, empowered by AI, users can upload scanned images to our HIPAA-compliant cloud, which has unlimited storage, links to hospital and office systems, and can be accessed from a desktop computer. This allows practitioners to access and transfer their scanned images in a seamless and secure way, leading to additional opportunities for observation** and therefore, we believe, earlier diagnosis and treatment. Furthermore, our solution delivers billing codes directly in the user interface application following scanning, both enhancing practitioner compliance adherence and increasing revenue in fee-for-scan environments." ¶283.<br><br>Mar. 29, 2021 Form 10-K at 11.<br><br>"**Through our software subscription options, users can upload scanned images to our HIPAA-compliant cloud, which has unlimited storage and links to hospital and office systems, allowing for seamless transfer of images that can also be accessed from a desktop computer.** As telemedicine continues to make headway through our healthcare system, our software application features TeleGuidance, which is the world's first | Butterfly's software could not link to hospital and office systems and did not allow for a seamless and secure transfer of images (¶285). *See* Statement No. 1, above. | *See* Statement No. 1, above. |

9

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | integrated ultrasound telemedicine platform." ¶284.<br><br>Mar. 29, 2021 Form 10-K at 17. | | |
| 16 | An image in the January 2021 Webcast Presentation, containing the following text:<br><br>"**Software Services**<br>  Image Storage (PACS) & Collaboration<br>  **Enterprise Workflow & Analytics**<br>  Telemedicine<br>  Educational Community" ¶267.<br><br>Jan. 12, 2021 Webcast Presentation at 14. | Butterfly's software did not have the capabilities asserted in those statements, particularly regarding "Enterprise Workflow & Analytics," and Butterfly's software was not valued by enterprise customers (¶268). *See* Statement No. 1, above. | *See* Statement No. 1, above. |
| | **THE DEMAND MISREPRESENTATIONS** | | |
| 17 | "**Healthcare Institutions to Drive Adoption at Scale: Strong initial adoption, excitement, and momentum**<br><br>**Butterfly has an existing footprint in most of the Top 100 US Health Systems**" ¶¶237-38, 259-60.<br><br>Nov. 20, 2020 Investor Presentation Incorporated into Jan. 26, 2021 Form S-4/A at 30, *and* Jan. 12, 2021 Webcast Presentation at 21. | Butterfly did not have "momentum" with, or "strong initial adoption" of, its products by healthcare institutions (e.g., enterprise customers) or an "existing footprint" in enterprise because (¶239):<br>• Butterfly's probes did not have enterprise features and functionality throughout the Class Period. *See* Statement No. 1, above.<br>• CWs 2, 3, and 5 stated that there were no enterprise sales until late 2021 or early 2022, which Butterfly confirmed when it announced its first enterprise sale in January 2022, as confirmed by UBS in February 2022, reporting that Butterfly did not achieve its first enterprise sale until Jan. 2022. ¶¶117-18, 200.<br>• CW1 and CW4 stated throughout 2019 and 2020 Butterfly's customers were home users, solo practitioners, and early adopters. ¶239(1). | *See* Statement No. 1 above. In addition:<br>• Defendants announced the first enterprise sale did not occur until January 2022, one year after the IPO. ¶200.<br>• CWs 2 and 3 stated Defendants received weekly and monthly reporting packages detailing actual and potential sales in the pipeline that revealed there was no enterprise demand and the 2021 IPO Forecasts were overstated by at least 20%. ¶¶154, 305.<br>• CWs 2, 3, 4 and 5 confirmed Defendants had access to the sales pipeline in Salesforce.com showing a lack of viable enterprise sales. ¶306.<br>• CWs 3 and 5 confirmed that it was widely known throughout Butterfly that enterprise customers would not use the probes because |

10

| Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|
| | • CW1 stated in 2020 the Company began having discussions about enterprise sales but had not even resolved how clinicians could appropriately bill clients and insurance companies for procedures completed with Butterfly's probes. ¶239(6).<br><br>• CW5 stated that in 2021 and 2022 Butterfly was still relying on its e-Commerce sales to "keep the lights on." ¶100.<br><br>• CWs 1, 3, 4, and 5 stated enterprise sales have a long sales cycle that can take more than a year to develop and that enterprise customers often require vendors to go through an extended vetting process. ¶¶162-63, 239(1).<br><br>• CW3 stated potential enterprise customers already had existing contracts with large, established companies like GE and were reluctant to switch to Butterfly devices before the probes had all the features and worked. UBS Research confirmed in December 2021 that enterprise customers "favored GE and Philips." ¶¶157, 239(3).<br><br>• CW4 stated enterprise customers would not use Butterfly's probes because they were unproven and, thus, posed reputational and operational risk for them. ¶161.<br><br>• Defendant Fruchterman admitted in the November 2021 Earnings Call, nearly a year after the IPO, that momentum in enterprise sales was still "not happening yet." ¶239(12).<br><br>• During a November 2021 Earnings Call, Defendant Fruchterman admitted that at that time, nearly one year post-IPO, Butterfly was having "discussions with large institutions to *kick-start* enterprise level implementations." ¶117.<br><br>• Defendants admitted in their Motion that, contrary to this statement, "Butterfly's sales had been | the technology was not proven or fully developed. ¶¶80,107, 140, 142, 160, 163.<br><br>• CWs 2, 3 and 4 stated Defendants attended internal sales and all-hands meetings discussing that the 2021 IPO Forecasts were overstated because enterprise customers would not use Butterfly's probes. ¶¶183, 311, 313, 314. |

11

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | concentrated so far among non-enterprise early adopters." DB at 19.<br>• Defendants admitted in their Motion "strong initial adoption" was "not an accomplished fact." DB at 18. | |
| 18 | "**Near term growth supported by executing pipeline bookings across the enterprise and e-Commerce markets.**" ¶¶240, 262.<br><br>Nov. 20, 2020 Investor Presentation Incorporated into Jan. 26, 2021 S-4/A at 22, *and* Jan. 12, 2021 Webcast Presentation at 25. | Butterfly had no viable enterprise pipeline bookings for the reasons stated in Statement No. 17. In addition:<br>• CW2 stated that when CW2 joined Butterfly shortly after the IPO the pipeline of opportunities recorded in Salesforce.com had many illusory deals and that CW2 had to remove approximately half the deals because the potential customer was not interested, did not have the authority to make purchasing decisions, had been misinformed about the product or pricing, had stopped communicating with Butterfly, or wished to purchase far fewer probes than was represented in the Salesforce.com application. ¶149.<br>• CWs 2, 4, and 5 stated that the deals in Salesforce.com sometimes overstated the number of probes a potential customer was willing to purchase and many of the prospective deals were "either fake or not qualified opportunities." ¶¶149-51.<br>• CW4 and CW5 stated that even with all the inflated deals in the Salesforce.com application there were not enough sales opportunities in the pipeline for Butterfly to achieve the 2021 IPO Forecasts. ¶¶153-54.<br>• CWs 2, 3, 4, and 5 confirmed Butterfly did not have the sales force needed to achieve near term growth from enterprise bookings and was still ramping up its enterprise sales force well into and throughout 2021 and into 2022. ¶240(6). | *See* Statement No. 17 above. In addition:<br>• CW2 and CW5 stated that they and other sales representatives were instructed by management to keep deals in the pipeline even when the opportunities were not viable. ¶¶146-47, 149-50, 152. |

12

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | • Defendant Fruchterman confirmed Butterfly's lack of salesforce during the Nov. 15, 2021 Earnings call referencing "an aggressive back half of 2021 ramp." ¶191.<br>• CWs 2-5 all reported enterprise customers would not use Butterfly's probes because it was still in a proof of concept stage and lacked key functionality. *See* Statement No. 1.<br>• Defendants admitted in their Motion that "the shift to enterprise was a strategy for the future," not a present strategy that merely needed to be executed. DB at 18. | |
| 19 | "So thanks for the question. We absolutely -- one of the things in me coming in right now as a new CEO and taking a look at the opportunities that we have as Butterfly is to challenge all the opportunities that we have in our business model. And enterprise is an area that we're definitely excited about. **There's strong demand in enterprise right now for Butterfly, not only as a unique ultrasound device, but for our total solution too**. Our sales force expansion is on track there. We continue to -- we're continuing to drive that expansion to help us take advantage of the opportunity in enterprise. We're focused also on customer success to help usability and deployment of the solutions. **And we're lining up to enterprise. So we see a lot of opportunities in the enterprise channel, not just using point-of-care ultrasound, but also the ability to** | *See* Statement 18, above. | *See* Statement No. 18 above. |

13

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | **deploy our Butterfly solution across the enterprise** and get maximum value out of the information." ¶291.<br><br>Defendant Fruchterman, Mar. 29, 2021 Earnings Call. | | |
| 20 | "And while we intend to continuously refine our longer term strategy, **we are excited about the demand in the marketplace today, and are pleased to reaffirm revenue guidance** and provide additional transparency for 2021...." ¶293.<br><br>Defendant Fruchterman, May 13, 2021 Earnings Call. | *See* Statement 18, above. In addition, the lack of demand was evidenced by the fact Butterfly reported a 40% increase in inventory in Q1 2021 that nearly equaled the Q1 2021 sales of $12m. ¶186. | *See* Statement No. 18 above. In addition:<br>• Defendant knew or recklessly disregarded that the inventory number they personally reported in Q1 2021 increased 40% and by about the same dollar amount as the revenue they reported and discussed during the Q1 Earnings Call, indicating sales fell short due to lack of enterprise sales. ¶¶186-88. |
| 21 | "Despite some of these challenges, we remain on track with important momentum and interest from a wide range of customers. As we continue to execute our commercial strategies, there may still be some variability in the timing of deals in our pipeline over the next quarters.<br><br>**That said, we believe we have a strong pipeline and demand for our solution across the breadth of use cases afforded by our team, and still see our annual performance shaping up to be in the guidance range we've provided in Q1[.]**" ¶299.<br><br>Defendant Fielding, Aug. 9, 2021 Earnings Call. | *See* Statement 18, above. In addition:<br>• CW3 recalled that by at least June 2021, CW 3 participated in discussions with CFO Fielding, CEO Fruchterman, and other members of Butterfly's executive leadership about the need to lower the 2021 IPO Forecasts due to shortfalls in enterprise demand. ¶¶183-84.<br>• CWs 2, 4, and 5 stated 90% of sales personnel were not making their sales goals in 2021 and most achieved only 10% to 30% of their goals. ¶¶177-80.<br>• CW3 stated the value proposition of Butterfly's probes was not clear to enterprise customers, requiring Butterfly to hire PwC in June or July 2021 to develop the "business case" for the probes. ¶¶181-82. | *See* Statement No. 18 above. In addition:<br>• CW3 stated that in June 2021, Butterfly engaged PwC to consult Butterfly on how to address its inability to penetrate the enterprise market. ¶181. PwC's engagement could not have occurred without Defendants' approval. |

14

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | **THE INVENTORY AND PURCHASE COMMITMENT MISREPRESENTATIONS** | | |
| 22 | "*If Butterfly does not successfully optimize and operate its sales and distribution channels or Butterfly does not effectively expand and update infrastructure, its operating results and customer experience may be negatively impacted.*<br><br>**If Butterfly does not adequately predict market demand or otherwise optimize and operate its sales and distribution channels successfully, it could result in excess or insufficient inventory or fulfillment capacity, increased costs, or immediate shortages in product or component supply, or harm Butterfly's business in other ways.** In addition, if Butterfly does not maintain adequate infrastructure to enable it to, among other things, manage its purchasing and inventory, it could negatively impact Butterfly's operating results and user experience." ¶231.<br><br>Jan. 26, 2021 Form S-4/A at 69. | The risk of harm to Butterfly's business from excess inventory had already materialized as the Company was incurring losses from excess inventory and would continue to incur losses from excess inventory, demonstrated by the following facts:<br>• Butterfly disclosed that it agreed to amend the TSMC agreement to increase the purchase commitment to $169 million but failed to disclose the inventory had to be purchased within two years (by December 2022). Given the lack of enterprise sales in the pipeline and that, according to CWs 4 and 5, it takes six to eighteen months (or more) to develop and close an enterprise sale, it was impossible for Butterfly to sell the entire purchase commitment during a two-year period and before the inventory became obsolete according to Butterfly's own policy of updating hardware every two years and software monthly. ¶¶76, 92, 162-63.<br>• Butterfly's inventory reserves against forward purchase commitments were based upon the 2021 IPO Forecasts that were grossly inflated by, according to CW4, at least 20% or more; thus, losses on purchase commitments were likewise understated and unreasonably presumed the sale of more inventory than ever had been, or could be, achieved. ¶¶105, 154.<br>• CW4 attended and participated in weekly supply chain meetings throughout CW4's tenure where insufficient demand for the inventory was discussed. ¶313.<br>• CW4 reported that the TSMC Contract required Butterfly to "purchase a ton of chips" and that was one reason why the 2021 IPO Forecasts were set so high. ¶94. | • Defendants negotiated and signed the TSMC and other vendor contracts containing the purchase commitments. ¶84.<br>• As TSCM was Butterfly's most important supplier, the TSCM contract was indisputably material to Butterfly. ¶83.<br>• Executives were aware of the specific purchase commitment amounts, as evidenced by: (i) CW4's account that Butterfly President Gioel Molinari told CW4 during a call that TSMC required Butterfly to "purchase a ton of chips" that ended up never being used; and (ii) the prior CEO, Laurent Faracci. Attempted to get a $50m advance paid to TSCM back in March or April 2020 when it was clear Butterfly had insufficient demand to sell the inventory it committed to buy, but failed at both attempts. ¶¶91, 94, 317-18.<br>• Faracci stated in a Nov. 20, 2020 Investor Presentation that "[i]n a Tesla-like fashion we plan not only to innovate on the hardware side, approximately *every two years*, but also push out *monthly software updates* to expand utility," thereby demonstrating Defendants knowledge of the status of Butterfly's inventory and technology. ¶76.<br>• Defendants provided diligence materials to Longview concerning "product pipeline," its "ability of Butterfly to sell into large enterprises and the associated integration challenges within that market". ¶¶327-28. |

15

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | • According to CW4, Butterfly would never be able to use all of the inventory based on the current pipeline and slow adoption by enterprise customers. ¶106. | |
| | | • The S-4/A disclosed Butterfly had sold approximately 12,000 probes in 2019 and approximately 12,000 probes during the first three quarters of 2020; demonstrating insufficient growth to support the sale of the inventory purchase commitments. ¶232(5). | |
| 23 | "**_Subsequent to the consummation of the Business Combination, we may be required to take write-downs or write-offs, restructuring and impairment or other charges_** that could have a significant negative effect on our financial condition, results of operations and stock price, which could cause you to lose some or all of your investment.<br><br>Although Longview has conducted due diligence on Butterfly and New Butterfly, Longview cannot assure you that this diligence revealed all material issues that may be present in its business, that it would be possible to uncover all material issues through a customary amount of due diligence, or that factors outside of Longview's or New Butterfly's control will not later arise. As a result, **New Butterfly may incur additional costs and expenses and may be forced to later write-down or write-off assets, restructure its** | _See_ Statement 22, above. | _See_ Statement 22, above. |

16

| Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|
| **operations or incur impairment or other charges that could result in losses**. Even if the due diligence successfully identifies certain risks, unexpected risks may arise and previously known risks may materialize in a manner not consistent with our preliminary risk analysis. Even though these charges may be non-cash items and not have an immediate impact on our liquidity, the fact that New Butterfly reports charges of this nature could contribute to negative market perceptions about New Butterfly or its securities." ¶233.<br><br>Jan. 26, 2021 Form S-4/A at 51-52. | | |
| 24 | "***Medical device development is costly and involves continual technological change, which may render Butterfly's current or future products obsolete.***<br><br>The market for point-of-care medical devices is characterized by rapid technological change, medical advances and evolving industry standards. **Any one of these factors could reduce the demand for Butterfly's devices or services or require substantial resources and expenditures for research, design and development to avoid technological or market obsolescence.** […]<br><br>Butterfly might have insufficient financial resources to improve existing | *See* Statement 22, above. | *See* Statement 22, above. |

17

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | devices, advance technologies and develop new devices at competitive prices. **Technological advances by one or more competitors or future entrants into the field may result in Butterfly's current devices becoming non-competitive or obsolete, which may decrease revenues and profits and adversely affect Butterfly's business and results of operations.**" ¶235.<br><br>Jan. 26, 2021 Form S-4/A at 63. | | |
| 25 | "*If we do not successfully optimize and operate our sales and distribution channels or we do not effectively expand and update infrastructure, our operating results and customer experience may be negatively impacted.*<br><br>**If we do not adequately predict market demand or otherwise optimize and operate our sales and distribution channels successfully, this could result in excess or insufficient inventory or fulfillment capacity, increased costs, or immediate shortages in product or component supply, or harm our business in other ways.** In addition, if we do not maintain adequate infrastructure to enable us to, among other things, manage our purchasing and inventory, this could negatively impact our operating results and user experience." ¶286. | *See* Statement 22, above. In addition,<br>• As of the date the 2020 Form 10-K was filed on March 29, 2021, the first quarter 2021 was all but over. Butterfly reported in the Q1 2021 earnings release that Butterfly's inventory balance increased by over $10 million, or approximately 40% in just three months, about the same as Q1 2021 sales for the same quarter, indicating Butterfly was unable to sell a substantial portion of its inventory it was required to purchase from non-cancelable purchase commitments—some of which would inevitably be written off under Butterfly's own policy. ¶¶186-88. | *See* Statement 22, above. In addition:<br>• Defendants reported that Butterfly's inventory in Q1 2021 increased 40% and by about the same dollar amount as revenue, indicating sales fell short and inventory was not being sold. Defendant knew or recklessly disregarded these facts. ¶¶186-88. |

18

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | Mar. 29, 2021 Form 10-K at 40. | | |
| 26 | "***Medical device development is costly and involves continual technological change, which may render our current or future products obsolete.*** <br><br> The market for point-of-care medical devices is characterized by rapid technological change, medical advances and evolving industry standards. **Any one of these factors could reduce the demand for our devices or services or require substantial resources and expenditures for research, design and development to avoid technological or market obsolescence.** […] <br><br> We might have insufficient financial resources to improve existing devices, advance technologies and develop new devices at competitive prices. **Technological advances by one or more competitors or future entrants into the field may result in our current devices becoming non-competitive or obsolete, which may decrease revenues and profits and adversely affect our business and results of operations.**" ¶288. <br><br> Mar. 29, 2021 Form 10-K at 34-35. | *See* Statement 22, above. | *See* Statement 22, above. |
| 27 | Butterfly omitted information that it had an affirmative duty to disclose pursuant | Butterfly had an affirmative duty under Item 105 of Regulation S-K to adequately describe the risks associated with investing in its securities, but | *See* Statement No. 22, above. |

19

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | to Item 105 of Regulation S-K. ¶249-251. | Butterfly did not disclose that, by the time of the IPO, the risks of inventory write-downs, write-offs, losses on purchase commitments, obsolete hardware, and excess inventory had already materialized (¶250). *See* Statement No. 22. | |
| 28 | Butterfly omitted information that it had an affirmative duty to disclose pursuant to Item 303 of Regulation S-K. ¶246-248. | Butterfly had an affirmative duty under Item 303 of Regulation S-K to disclose any commitments, demands, events, trends, or uncertainties that were reasonably likely to impact Butterfly's liquidity, financial condition or results of operations, but Butterfly did not disclose that (a) potential enterprise customers were unwilling to adopt Butterfly's ultrasound technology, and (b) Butterfly's minimum purchase commitments had resulted in and would continue to result in rapidly growing inventories and losses on purchase commitments (¶248). *See* Statement No. 22. | *See* Statement No. 22, above. |
| | | **THE 2021 IPO FORECAST MISREPRESENTATIONS** | |
| 29 | Butterfly projected **2021 revenue of $78.1 million, % Year over year revenue growth of 77%.**<br><br>Jan. 26, 2021 S-4/A at 115. ¶227. | The 2021 IPO Forecasts were inflated by at least 20% and lacked any reasonable basis because:<br>• CWs 3, 4 and 5 stated that the 2021 IPO Forecasts were inflated by at least 20% and unachievable because the current pipeline lacked viable potential enterprise sales and the forecasts were not based on historical sales results, which never achieved such growth. ¶¶140-44, 54.<br>• Because the sales cycle for enterprise customers took at least six to eighteen months (or more) according to CWs 4 and 5, and there were few potentially viable enterprise deals in the pipeline at the IPO and through most of the Class Period, it was impossible for Butterfly to achieve the 2021 IPO Forecasts. ¶¶162-63.<br>• CWs 2, 4 and CW5 stated that the potential deals in the Salesforce.com pipeline did not support | • CWs 2 and 3 stated Defendants reviewed and approved the 2021 IPO Forecasts, which depended on penetration into the enterprise market. ¶305.<br>• CWs 2 and 3 stated Defendants received weekly and monthly reporting packages detailing actual and potential sales in the pipeline that revealed there was no enterprise demand and the 2021 IPO Forecasts were, thus, overstated by at least 20%. ¶305.<br>• CWs 2, 3, 4 and 5 confirmed Defendants had access to the sales pipeline in Salesforce.com showing a lack of viable enterprise sales. ¶306.<br>• CWs 3 and 5 stated it was widely known throughout Butterfly that the 2021 IPO Forecasts were a "pie in the sky" and |

20

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | the 2021 IPO Forecast because they were overstated by including many more probes than customers wanted. CW2 thus removed 50% of the deals as invalid because they involved customers who had stopped communicating with Butterfly and inflated probes. ¶¶140-54.<br>• CWs 4 and 5 confirmed enterprise customers would not use Butterfly's platform during the Class Period because it lacked integration with Electronic Health Records and the ability to create reports, could not perform "QR" scoring, and could not meet enterprise "workflow" requirements. ¶¶109-10.<br>• CWs 2, 3 and 5 confirmed that there had never been a successful enterprise-wide implementation of Butterfly probes during the Class Period. ¶¶117-18.<br>• CW3 reported barriers to Butterfly entering the enterprise market where enterprise customers generally had existing contracts with large, established companies like GE and were reluctant to switch to Butterfly devices before the probes had all the features and worked. ¶157.<br>• Butterfly announced its first enterprise sale occurred in January 2022, as confirmed by CW5. ¶¶118, 200.<br>• Defendants admit in their Motion "the software was an *unfinished* product" and Butterfly spent all of 2022 developing the technology so enterprise customers would buy it. MTD at 10. | unachievable because they depended on penetration into the enterprise market and enterprise customers would not use the probes because the technology was not proven or fully developed. ¶140-42.<br>• CWs 2, 3 and 4 stated Defendants attended internal sales and all-hands meetings discussing that the 2021 IPO Forecasts were overstated. ¶¶183, 311, 313, 314.<br>• Defendants provided diligence materials to Longview concerning "product pipeline," the "ability of Butterfly to sell into large enterprises and the associated integration challenges within that market," "the ability of Butterfly to meet its financial projections," "customer feedback" and "its ability to integrate into and add value to large healthcare enterprise systems." ¶¶327-28. |
| 30 | Butterfly projected **2021 % gross margin of 43%**. ¶227.<br><br>Jan. 26, 2021 S-4/A at 115. | *See* Statement 29, above. In addition:<br>• Defendants failed to disclose Butterfly would have to purchase the $169 million TSMC purchase commitments by December 2022, just | *See* Statement 29, above, discussing deficient technology and Butterfly persistently falling below the 2021 IPO Forecast and, thus, not selling inventory. In addition: |

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | | over two years, the purchase commitment did not consider actual historical performance, the current sales pipeline did not support the ability to sell anywhere close to $169 million worth of inventory in two years and thus, the inventory would become obsolete before Butterfly could sell it. Thus, Butterfly would incur losses from obsolete/unsaleable inventory. ¶¶76, 84, 92, 141-54.<br>• Butterfly's inventory reserves against forward purchase commitments were based upon the 2021 IPO Forecasts that were grossly inflated, meaning that the losses on purchase commitments disclosed at the time of the Merger were understated because the 2021 IPO Forecasts assumed an inflated sales figure. ¶¶141-54, 232(2).<br>• At the time of the IPO, Butterfly recorded a $53.1 million inventory reserve against forward purchase commitments, which was understated because it was based on the grossly inflated 2021 IPO Forecasts of sales that CWs 2, 3, 4 and 5 reported were unattainable and, thus, Butterfly was guaranteed to (and did) suffer tens of millions of dollars of inventory write-downs and losses on purchase commitments. ¶¶141-54, 234(2).<br>• Butterfly disclosed a $11.6 million loss on purchase commitments and $35 million in inventory write-offs during the November 2021 Earnings Call relating to the previous inventory reserves against forward purchase commitments. ¶189, 193. | • Defendants would have signed the TSMC and other vendor contracts containing the purchase commitments. ¶91.<br>• The TSCM contract was indisputably material to Butterfly. ¶83.<br>• Executives were aware of the specific purchase commitment amounts, as evidenced by: (i) CW4's account that Butterfly President Gioel Molinari told CW4 during a call that TSMC required Butterfly to "purchase a ton of chips" that ended up never being used; and (ii) the prior CEO, Laurent Faracci. Attempted to get a $50m advance paid to TSCM back in March or April 2020 when it was clear Butterfly had insufficient demand to sell the inventory it committed to buy, but failed at both attempts. ¶¶91, 94, 317-18.<br>• Faracci stated in a Nov. 20, 2020 Investor Presentation that "[i]n a Tesla-like fashion we plan not only to innovate on the hardware side, approximately *every two years*, but also push out *monthly software updates* to expand utility," thereby demonstrating Defendants knowledge of the status of Butterfly's inventory and technology. ¶76. |
| 31 | "**The Projections were prepared in good faith by Butterfly's management based on their reasonable estimates** | Management did not prepare the 2021 IPO Forecasts using reasonable estimates and assumptions because, according to CWs, the forecasts did not | • CWs 2 and 3 stated Defendants reviewed and approved the 2021 IPO Forecasts, |

22

| Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|
| **and assumptions with respect to the expected future financial performance of Butterfly at the time the Projections were prepared and speak only as of that time….**" ¶228.<br><br>Jan. 26, 2021 S-4/A at 115-16. | consider the current sales pipeline or historical sales performance.<br>• CWs 3, 4 and 5 stated that the 2021 IPO Forecasts were inflated by at least 20% and unachievable because the current pipeline lacked viable potential enterprise sales and the forecasts were not based on historical sales results, which never achieved such growth. ¶¶140-54.<br>• Because the sales cycle for enterprise customers took at least six to eighteen months (or more) according to CWs 4 and 5, and there were few potentially viable deals in the pipeline at the IPO and through most of the Class Period, it was impossible for Butterfly to achieve the 2021 IPO Forecasts. ¶¶140-54, 162-63.<br>• CWs 2, 4 and CW5 stated that the potential deals in the Salesforce.com pipeline did not support the 2021 IPO Forecast because they were overstated by including many more probes than customers wanted, CW2 thus, removed 50% of the deals as invalid because they involved customers who had stopped communicating with Butterfly and inflated probes. ¶¶140-54.<br>• CWs 2, 3 and 5 confirmed that there had never been a successful enterprise-wide implementation of Butterfly probes during the Class Period. ¶¶117-18.<br>• Defendants admit in their Motion "the software was an *unfinished* product" and Butterfly spent all of 2022 developing the technology so enterprise customers would buy it. MTD at 10. | which depended on penetration into the enterprise market. ¶305.<br>• CWs 2 and 3 stated Defendants received weekly and monthly reporting packages detailing actual and potential sales in the pipeline that revealed there was no enterprise demand and the 2021 IPO Forecasts were, thus, overstated by at least 20%. ¶305.<br>• CWs 2, 3, 4 and 5 confirmed Defendants had access to the sales pipeline in Salesforce.com showing a lack of viable enterprise sales. ¶306.<br>• CWs 3 and 5 stated it was widely known throughout Butterfly that the 2021 IPO Forecasts were a "pie in the sky" and unachievable because they depended on penetration into the enterprise market and enterprise customers would not use the probes because the technology was not proven or fully developed. ¶¶140-42.<br>• CWs 2, 3 and 4 stated Defendants attended internal sales and all-hands meetings discussing that the 2021 IPO Forecasts were overstated. ¶¶183, 311, 313, 314.<br>• Defendants provided diligence materials to Longview concerning "product pipeline," the "ability of Butterfly to sell into large enterprises and the associated integration challenges within that market," "the ability of Butterfly to meet its financial projections," "customer feedback" and "its ability to integrate into and add value to large healthcare enterprise systems." ¶¶327-28. |

23

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 32 | "**The accompanying prospective financial information [], in the view of Butterfly's management, was prepared on a reasonable basis, reflects the best currently available estimates and judgments, and presents, to the best of management's knowledge and belief, the expected course of action and the expected future financial performance of Butterfly**." ¶229.<br><br>Jan. 26, 2021 S-4/A at 115. | *See* Statement No. 31 above. | *See* Statement No. 31 above. |
| 33 | Butterfly projected **2021 revenue of $78.1 million, % Year over year revenue growth of 77%**. ¶242.<br><br>Nov. 20, 2020 Investor Presentation Incorporated into Jan. 26, 2021 S-4/A. | *See* Statement No. 29 above. | *See* Statement No. 19 above. |
| 34 | Butterfly projected **2021 % gross margin of 43%**. ¶244.<br><br>Nov. 20, 2020 Investor Presentation Incorporated into Jan. 26, 2021 S-4/A. | *See* Statement No. 30 above. | *See* Statement No. 30 above. |
| 35 | Butterfly projected **2021 revenue of $78.1 million, % Year over year revenue growth of 77%**. ¶¶258, 264.<br><br>Jan. 12, 2021 Webcast Presentation at 26. | *See* Statement No. 29 above. | *See* Statement No. 29 above. |
| 36 | Butterfly projected **2021 % gross margin of 43%**. ¶264.<br><br>Jan. 12, 2021 Webcast Presentation at 26. | *See* Statement No. 30 above. | *See* Statement No. 30 above. |

24

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 37 | "**we are…pleased to reaffirm revenue guidance** and provide additional transparency for 2021." ¶¶293.<br><br>Defendant Fruchterman, May 13, 2021 Earnings Call.<br><br>"**For the full year 2021, total revenue is projected to be approximately $76 million to $80 million, or 64% to 73% growth year-over-year**." ¶294.<br><br>Defendant Fielding, May 13, 2021 Earnings Call. | *See* Statement No. 29 above. In addition:<br>• CWs 2, 3 and 4 stated the enterprise sales force Butterfly hired in 2021 lacked relevant experience and an understanding of Butterfly's enterprise selling goals. ¶¶169, 175.<br>• CW3 stated that Starting in May 2021, Butterfly executives were internally discussing the need to reduce the 2021 IPO Forecasts. ¶¶183-84.<br>• As part of the Q1 2021 earnings announcement, Defendants reported that Butterfly's inventory balance increased by over $10 million, or approximately 40% in just three months, about the same as Q1 2021 sales for the quarter, indicating Butterfly was unable to sell a substantial portion of its inventory it was required to purchase from non-cancelable purchase commitments. ¶¶186-88. | *See* Statement No. 29 above. In addition:<br>• CW3 stated that in June 2021, Butterfly engaged PwC to consult Butterfly on how to address its inability to penetrate the enterprise market. ¶¶181-82.<br>• Defendants reported that Butterfly's inventory in Q1 2021 increased 40% and by about the same dollar amount as revenue, indicating sales fell short and inventory was not being sold. Defendant knew or recklessly disregarded these facts. ¶¶186-88. |
| 38 | Butterfly projected **Full Year 2021 Revenue of $76mm – $80mm, 64% – 73%  Revenue Growth**. ¶295.<br><br>May 13, 2021 Earnings Call Slide Presentation. | *See* Statement No. 29 above. | *See* Statement No. 29 above. |
| 39 | Butterfly projected **Full Year 2021 Gross Margin of 43% – 47%**. ¶295.<br><br>May 13, 2021 Earnings Call Slide Presentation. | *See* Statement No. 30 above. In addition:<br>• The 40% increase in inventory in Q1 2021 rendered a gross margin of 43-47% impossible because Butterfly was already unable to sell its growing inventory, as evidenced by the $10 million increase that rivaled the Q1 2021 sales of $12m. ¶¶101, 186-88. | *See* Statement No. 30 above. |
| 40 | "**Revenue is expected to be approximately $76 million to $80 million, or approximately 64% to 73% growth year-over-year.**" ¶296. | *See* Statement No. 29 above. | *See* Statement No. 29 above. |

25

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| | May 13, 2021 Press Release Announcing Q1 2021 Earnings. | | |
| 41 | "**Gross margin is expected to be approximately 43% to 47%. Adjusted gross margin is expected to be approximately 42% to 46%.**" ¶296.<br><br>May 13, 2021 Press Release Announcing Q1 2021 Earnings. | *See* Statement No. 30 above. | *See* Statement No. 30 above. |
| 42 | "Despite some of these challenges, we remain on track with important momentum and interest from a wide range of customers. As we continue to execute our commercial strategies, there may still be some variability in the timing of deals in our pipeline over the next quarters.<br><br>**That said, we believe we have a strong pipeline and demand for our solution across the breadth of use cases afforded by our team, and still see our annual performance shaping up to be in the guidance range we've provided in Q1[.]**" ¶299.<br><br>Defendant Fielding, Aug. 9, 2021 Earnings Call | *See* Statement Nos. 21, 29 above. In addition:<br>• CW 3 recalled that by at least June 2021, CW 3 participated in discussions with CFO Fielding, CEO Fruchterman, and other members of Butterfly's executive leadership about the need to lower the 2021 IPO Forecasts due to shortfalls in enterprise demand. CW 3 was eventually tasked with preparing a reduced re-forecast for 2021, which CW3 completed around the middle to the end of August 2021. ¶¶183-84.<br>• CWs 2, 3 and 5 stated there had never been a successful enterprise implementation in 2021. ¶¶117-18.<br>• CWs 2, 4 and 5 stated 90% of sales personnel were not making their sales goals in 2021 and most achieved only 10% to 30% of their goals. ¶177-79. | *See* Statement No. 29 above. In addition:<br>• CW3 met with Defendants Fielding and Fruchterman in May and June 2021 to discuss the need to lower the 2021 IPO Forecasts and to create revised, lower forecasts. ¶¶183-84, 309. |
| 43 | Butterfly projected **Full Year 2021 Revenue of $76mm – $80mm**. ¶301.<br><br>Aug. 9, 2021 Earnings Call Slide Presentation. | *See* Statement No. 29 above. | *See* Statement No. 29 above. |

26

| | Alleged Misrepresentation | Reasons Why False | Scienter Facts |
|---|---|---|---|
| 44 | Butterfly projected **Full Year 2021 Gross Margin % of 43% – 47%**. ¶301.<br><br>Aug. 9, 2021 Earnings Call Slide Presentation. | *See* Statement No. 30 above. | *See* Statement No. 30 above. |

27