**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRAIG M. ROSE, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    vs.<br><br>BUTTERFLY NETWORK, INC. F/K/A LONGVIEW ACQUISITION CORP., TODD M. FRUCHTERMAN, STEPHANIE FIELDING, JONATHAN M. ROTHBERG, JOHN RODIN, LARRY ROBBINS, MARK HOROWITZ, WESTLEY MOORE, DEREK CRIBBS, and RANDY SIMPSON,<br><br>               Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 2:22-cv-00854-MEF-JBC |

PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS <u>THE SECOND AMENDED CLASS ACTION COMPLAINT</u>

PLEASE TAKE NOTICE that on August 7, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, Lead Plaintiff KNS Holdings LLC DBPP UA Jan. 1, 2016, and additional Plaintiffs Carl Metzger and Dan Liu ("Plaintiffs"), will move this Court pursuant to Local Civil Rule 7.1(d)(6) for an order in the proposed form submitted herewith, granting Plaintiffs leave to file a Sur-Reply to Defendants' Motion to Dismiss the Second Amended Class Action Complaint, attached hereto as Exhibit A. In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and a Proposed Order.

DATED: July 31, 2023

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Eduard Korsinsky*
Eduard Korsinsky
55 Broadway, 4th Floor Suite #427
New York, NY 10006
Tel: (212) 992-4523
Fax: (212) 363-7171
ek@zlk.com

Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
David C. Jaynes (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
djaynes@zlk.com

*Counsel for Plaintiffs and the Class*

1