**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CRAIG M. ROSE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Civ. No. 2:22-cv-00854-MEF-JBC |
| vs. | ) ) ) | |
| BUTTERFLY NETWORK, INC. F/K/A LONGVIEW ACQUISITION CORP., TODD M. FRUCHTERMAN, STEPHANIE FIELDING, JONATHAN M. ROTHBERG, JOHN RODIN, LARRY ROBBINS, MARK HOROWITZ, WESTLEY MOORE, DEREK CRIBBS, and RANDY SIMPSON, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

**[PROPOSED] ORDER**

**THIS MATTER** having come before the Court pursuant to Local Civil Rule 7.1(d)(6), and the Court having reviewed Plaintiffs' Notice of Motion for Leave to File a Sur-Reply to Defendants' Motion to Dismiss, or in the Alternative, to Strike Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint ("Motion") and for good cause shown,

**IT IS on this** _____ day of _____, 2023, hereby **ORDERED** that:

(1) the Motion is **GRANTED**;

(2) the Clerk of Court is hereby directed to docket Plaintiffs' Sur-Reply, attached to the Motion as Exhibit A, as having been filed as of the date of this Order.

**IT IS SO ORDERED.**

_____
HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE