**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRAIG M. ROSE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUTTERFLY NETWORK, INC. F/K/A LONGVIEW ACQUISITION CORP., TODD M. FRUCHTERMAN, STEPHANIE FIELDING, JONATHAN M. ROTHBERG, JOHN RODIN, LARRY ROBBINS, MARK HOROWITZ, WESTLEY MOORE, DEREK CRIBBS, and RANDY SIMPSON,<br><br>Defendants. | No. 2:22-cv-00854-MEF-JBC<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that, on June 18, 2025, I electronically filed Defendants' Answer to Plaintiffs' Second Amended Class Action Complaint for Violations of the Federal Securities Laws by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Date:    June 18, 2025                    Respectfully submitted,


                                        */s/ Craig Carpenito*
                                        Craig Carpenito