Levi & Korsinsky

33 Whitehall St., 27th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

Adam M. Apton
aapton@zlk.com

November 23, 2026

**ORDER**

**VIA CM/ECF**

The Honorable James B. Clark, III
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Rose v. Butterfly Network, Inc., et al.*, Case No. 2:22-cv-00854-MEF-JBC (D.N.J.)

Dear Magistrate Judge Clark:

Pursuant to the Court's Amended Scheduling Order (ECF No. 158) and October 26, 2026 Order (ECF No. 163), the Parties submit this joint discovery status letter. The Parties are pleased to report that they have resolved their disputes concerning Zendesk search terms and Defendants' supplemental response to Interrogatory No. 5. Consistent with the Court's Amended Scheduling Order (ECF No. 158), Butterfly Network, Inc. ("Butterfly") represents that it has substantially completed its document productions from each of the agreed data sources and that limited additional productions from data sources about which the parties are still negotiating, as well as Butterfly's privilege log, are forthcoming.

The Parties have also had productive conversations concerning the remaining disputes in the case concerning: (1) the production of the individual defendants' text messages; (2) the production of historical versions of centrally stored (hyperlinked) documents; (3) the production of records from Defendants' Salesforce database; and (4) Defendants' supplemental response to Interrogatory Nos. 6 and 7. These issues are not yet ripe for Court consideration, and the parties continue to meet and confer regarding the remaining scope of document discovery. Accordingly, the Parties respectfully request that the Court adjourn the December 3, 2026 conference for two weeks to give the Parties time to hopefully resolve these remaining issues.

Respectfully submitted,

*<u>/s/ Adam M. Apton</u>*
Adam M. Apton
Levi & Korsinsky, LLP

Levi & Korsinsky

*/s/ Craig Carpenito*
Craig Carpenito
King & Spalding LLP

*/s/ Paula D. Johnson*
Paula D. Johnson
Walden Haran Williams LLP

CC**:** Counsel of Record (via CM/ECF)

*As indicated in the October 7, 2026 Amended Pretrial Scheduling Order [Dkt. No. 158], the parties have until **January 29, 2027** to raise any discovery disputes. Considering this deadline as well as the parties' representations that progress has been made concerning the disputes previously raised to the Court and that the remaining issues are not yet ripe for discussion, the **December 3, 2026** telephone conference is adjourned to **February 8, 2027 at 12:30 PM**. The parties shall continue to meet and confer regarding their remaining disputes.

**SO ORDERED** on this 24th day of November, 2026,

*s/ James B. Clark, III*
**JAMES B. CLARK, III, USMJ**